**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
Miami Division

CASE NO.:

**KATHLEEN MCMANAMON**
Plaintiff,

FILED BY ___ D.C.
APR 30 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

v.

**OFFICER CARBALLO, A. (Badge No. 001-45407),**
**OFFICER PERALES, C. (Badge No. 001-43681),**
**OFFICER MERCED, O. (Badge No. 001-04725),**
**OFFICER ZARATE, B. (Badge No. 001-46847),**
**OFFICER MARTINEZ RAMOS, J. (Badge No. 001-45378),**
**OFFICER BRADSHAW, M. (Badge No. 001-46905),**
**MIAMI-DADE COUNTY / MIAMI-DADE POLICE DEPARTMENT,**
Defendants.

## COMPLAINT FOR DECLARATORY AND MONETARY RELIEF

(28 U.S.C. § 1331 — Federal Question Jurisdiction; 42 U.S.C. § 1983; U.S. Const. Amends. IV, V, IX)

## INTRODUCTION

1. This is a civil action under the Constitution of the United States and federal law to redress violations of Plaintiff's Fourth, Fifth, and Ninth Amendment rights arising from an unlawful traffic stop, search, seizure, arrest, and related prosecution by Miami-Dade police officers on March 6, 2026.

## PARTIES

2. Plaintiff, KATHLEEN MCMANAMON is an adult who domiciles in Miami Dade County, Florida.

3. Defendant Officer CARBALLO, A. (Badge No. 001-45407) was, at all relevant times, a sworn officer of the Miami-Dade Police Department acting under color of state law and is sued in his individual capacity.

4. Defendant Officer PERALES, C. (Badge No. 001-43681) was, at all relevant times, a sworn officer of the Miami-Dade Police Department acting under color of state law and is sued in his individual capacity.

5. Defendant Officer MERCED, O. (Badge No. 001-04725) was, at all relevant times, a sworn officer of the Miami-Dade Police Department acting under color of state law and is sued in his individual capacity.

6. Defendant Officer ZARATE, B. (Badge No. 001-46847) was, at all relevant times, a sworn officer of the Miami-Dade Police Department acting under color of state law and is sued in his individual capacity.

7. Defendant Officer MARTINEZ RAMOS, J. (Badge No. 001-45378) was, at all relevant times, a sworn officer of the Miami-Dade Police Department acting under color of state law and is sued in his individual capacity.

8. Defendant Officer BRADSHAW, M. (Badge No. 001-46905) was, at all relevant times, a sworn officer of the Miami-Dade Police Department acting under color of state law and is sued in his individual capacity.

9. Defendant Miami-Dade County / Miami-Dade Police Department is a municipal entity responsible for the training, supervision, customs, and policies of the named officers.

## JURISDICTION AND VENUE

10. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because the claims arise under the Constitution. Supplemental jurisdiction over related state-law claims is proper under 28 U.S.C. § 1367.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) because the events giving rise to this complaint occurred in Miami-Dade County, Florida.

## FACTUAL ALLEGATIONS

12. On March 6, 2026 at approximately 14:22, Plaintiff was operating a private vehicle near NW 1st Place & NW 21st St., Miami, Florida 33127, with Plaintiff's minor daughter present in the vehicle.

13. Six Miami-Dade police officers—Defendants CARBALLO (001-45407), PERALES (001-43681), MERCED (001-04725), ZARATE (001-46847), MARTINEZ RAMOS (001-45378), and BRADSHAW (001-46905)—surrounded Plaintiff's vehicle in multiple police vehicles and approached with their hands already on their weapons.

14. The Officers stated they were conducting a traffic stop for Plaintiff's diplomatic plate bearing the number 4408630 (Plaintiff's DOT registered private motor carrier number). Plaintiff produced a U.S. passport card and an international driver's license as identification and explained that she did not possess a U.S. state driver's license because she is a non-resident of Florida or any of the other States of the Union and could not have a U.S. license pursuant to Florida Statute 322.031. Plaintiff stated she had surrendered her license in 2024 upon becoming a diplomat of the Amnesty Coalition.

15. The Officers removed and seized the license plate from the back of the vehicle and accused Plaintiff of an illegitimate plate. Officers demanded that Plaintiff produce the plate registered to the car prior to Plaintiff's diplomatic status or they would impound the vehicle and contact Child Protective Services to take Plaintiff's minor daughter.

16. Plaintiff opened the trunk to look for the expired plate and officers removed and seized the expired plate DDXB15. Plaintiff then called her husband to bring the prior-registered plate from home. While Plaintiff waited outside the vehicle (the Officers would not allow her to re-enter), the Officers repeatedly harassed the Plaintiff and threatened to impound the vehicle and to take Plaintiff's daughter; the child was visibly upset and crying.

17. While Plaintiff was waiting for husband to arrive and smoking a cigarette, Defendants surrounded Plaintiff, forcibly removed Plaintiff's phone and tobacco pouch from Plaintiff's hands, and conducted a search of the tobacco pouch. An officer who took Plaintiff's phone demanded Plaintiff's password to unlock the phone; Plaintiff refused to provide any password or consent to a search.

18. Plaintiff was placed under arrest at approximately 15:44 and was left standing next to a police cruiser while the Officers waited for a female Officer to arrive on the scene and to search

the Plaintiff before placing Plaintiff in a police vehicle. Plaintiff yelled to her daughter to lock the doors and not open them until her husband arrived as Officer RAMOS was attempting to open the driver's side car door after Plaintiff was already in handcuffs. From the back of the police car Plaintiff observed her husband arrive with the plate assigned in 2024, he placed the plate on the vehicle and left the scene with the vehicle and Plaintiff's daughter. Plaintiff was transported to TGK county jail.

19. Plaintiff's bail of $150.00 was paid approximately three hours after arrival at the jail, but Plaintiff was unlawfully detained an additional 23 hours after bail was posted and held in custody for a total of approximately 26 hours (not including the 90 mins Plaintiff was unlawfully detained before the unlawful arrest).

20. On April 10th, 2026, a criminal hearing was held in case number ANG2U8E; all charges against Plaintiff were dropped and the case was dismissed/closed.

21. At all relevant times, Defendants acted intentionally, deliberately, and under color of state law, without reasonable suspicion or probable cause to stop, search, seize, or arrest Plaintiff, and in violation of Plaintiff's clearly established constitutional rights.

## CLAIMS FOR RELIEF

**Count I** — Fourth Amendment (Unreasonable Stop, Search, Seizure, and Arrest) — 42 U.S.C. § 1983

22. Plaintiff realleges and incorporates paragraphs 1–21.

23. Defendants stopped Plaintiff's vehicle without reasonable suspicion, used excessive show of force by approaching with hands on weapons, searched Plaintiff's person and effects (including the tobacco pouch) and Plaintiff's phone without consent, warrant, or probable cause, and arrested Plaintiff without probable cause. These acts violated Plaintiff's rights under the Fourth Amendment.

24. As a direct and proximate result of Defendants' unlawful conduct, Plaintiff suffered physical and emotional injury, loss of liberty, humiliation, intimidation, loss of trust and respect for all officers of the law and other damages in an amount to be proven at trial. Plaintiff's daughter was a witness to all that happened, was severely traumatized by the actions of the Officers and will never trust law enforcement Officers again. Plaintiff is entitled to compensatory and punitive damages, and reasonable attorneys' fees and costs.

**Count II** — Fifth Amendment (Due Process) — 42 U.S.C. § 1983

25. Plaintiff realleges and incorporates paragraphs 1–24.

26. Defendants deprived Plaintiff of liberty without due process of law by arresting and detaining Plaintiff without probable cause and by failing to respect procedural protections. This conduct violated Plaintiff's rights under the Due Process Clause of the Fifth Amendment.

27. As a direct and proximate result, Plaintiff suffered damages as alleged above.

**Count III** — Ninth Amendment (Unenumerated Rights)

28. Plaintiff realleges and incorporates paragraphs 1–27.

29. Defendants' conduct infringed rights retained by the people, including the right to travel, rights to bodily integrity, privacy, and family association, protected under the Ninth Amendment and through the Due Process and Fourth Amendment guarantees. The infringement was not justified by a compelling governmental interest and was not narrowly tailored.

30. As a direct and proximate result, Plaintiff suffered damages as alleged above.

**Count IV** — Municipal Liability (Monell) — Miami-Dade County / Miami-Dade Police Department

31. Plaintiff realleges and incorporates paragraphs 1–30.

32. The municipal Defendant is liable for constitutional violations proximately caused by policies, practices, customs, training, or supervision, including failure to train officers on the limits of stops, searches, seizures, and arrests; failure to supervise; and failure to discipline officers for unlawful conduct. Plaintiff will plead specific Monell facts following discovery.

## JURY DEMAND

33. Plaintiff demands trial by jury on all issues triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment in Plaintiff's favor and award the following relief against Defendants, jointly and severally:

a. Declaratory judgment that Defendants' actions violated the Fourth, Fifth, and Ninth Amendments;

b. Compensatory damages in the amount of $26,000,000.00;

c. Punitive damages against the individual officers in an amount to be proven at trial;

d. Reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and other applicable law;

e. Pre- and post-judgment interest;

f. Any other relief the Court deems just and proper; and

g. A declaration that the criminal prosecution (Case No. ANG2U8E and AN62UBE) was without probable cause and that the dismissal confirms the unlawfulness of Defendants' actions.

Respectfully submitted,

KATHLEEN MCMANAMON, Plaintiff

PO Box 450033

Miami, Florida 33245

Telephone: 917/415-0171

Email: kattissima11@gmail.com

By: /s/ KATHLEEN MCMANAMON

Kathleen Mcmanamon

Exhibits:

- Exhibit A: Arrest and booking records and bail receipt showing dates/times of detention and release

- Exhibit B: Case disposition showing dismissal of Case No. ANG2U8E and AN62UBE on April 10, 2026

Certificate of Service: To be completed at filing consistent with Southern District of Florida local rules.

# EXHIBIT A

Misd / Female

1100867263

# COMPLAINT/ARREST AFFIDAVIT

| OBTS NUMBER | ARMED FORCES | BWC | POLICE CASE NO. |
|---|---|---|---|
| | NO | YES | 2603060013619 |

| SPECIAL OPERATION: | | JAIL NO. | PMHD | COURT CASE NO. |
|---|---|---|---|---|
| | [ ] FELONY [ ] MISD [X] TRAFFIC [ ] JUV [ ] DV [ ] MOVES [ ] CIV INF<br>[ ] WARRANT FUGITIVE WARRANT: [ ] In State [ ] Out State | 260128419 | NO | |

| IDS NO. | AGENCY CODE | MUNICIPAL P.D. DEF. ID NO. | MDSO RECORDS AND ID NO. | STUDENT ID NO. | GANG RELATED | FRAUD RELATED |
|---|---|---|---|---|---|---|
| | 001 | | | | NO | NO |

| DEFENDANT'S NAME (LAST, FIRST, MIDDLE) | ALIAS and / or STREET NAME | SIGNAL: |
|---|---|---|
| MCMANAMON, KATHLEEN | | |

| DOB (MM/DD/YYYY) | AGE | RACE | SEX | HISPANIC: / ETHNICITY: | HEIGHT | WEIGHT | HAIR COLOR | HAIR LENGTH | HAIR STYLE | EYES | GLASSES | FACIAL HAIR | TEETH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted]/1970 | 55 | W | F | NO / ANG | 6'00 | 150 | BRO | ATE | STR | HAZ | NO | CLN | NOR |

| SCARS, TATTOOS, UNIQUE PHYSICAL FEATURES (Location, Type, Description) | PLACE OF BIRTH (City, State/Country) |
|---|---|
| | IL US |

| LOCAL ADDRESS | PHONE | CITIZENSHIP |
|---|---|---|
| | | US |

| PERMANENT ADDRESS (Street, Apt. Number) | (City) | (State) | (Country) | (Zip) | PHONE | OCCUPATION |
|---|---|---|---|---|---|---|
| [redacted] | MIAMI | FL | US | 33135 | | |

| SCHOOL OR BUSINESS ADDRESS (Street, Apt. Number) | (City) | (State) | (Country) | (Zip) | PHONE | ADDRESS SOURCE |
|---|---|---|---|---|---|---|
| | | | | | | DE |

| DRIVER'S LICENSE NUMBER/STATE | SOCIAL SECURITY NO. | WEAPON SEIZED | Defendant/CONCEALED WEAPON PERMIT | INDICATIONS OF: |
|---|---|---|---|---|
| FL-M255501709110 | [redacted] | NO | NONE | Alcohol Influence N<br>Drug Influence N |

| ARREST DATE | ARREST TIME | ARREST LOCATION | GRID |
|---|---|---|---|
| 03/06/2026 | 15:44 | NW 1ST PL & NW 21ST ST MIAMI, FL 33127 | 1090 |

| CO-DEFENDANT NAME | DOB | | | |
|---|---|---|---|---|
| | | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
| | | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |
| | | [ ] IN CUSTODY [ ] AT LARGE | [ ] FELONY [ ] DV | [ ] JUVENILE [ ] MISDEMEANOR |

| JUV only | Relation | Name | Street | Zip | Phone | Contacted? |
|---|---|---|---|---|---|---|
| | | | | | | |

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 1. T/0-DRIVING WHILE LICENSE SUSPENDED/KNOWINGLY | F.S. | 1 | 322.34(2)(A) | | | 90000092 | N | AN62U8E |
| 2. T/0-EXPIRED DL (MORE THAN 6 MONTHS) | F.S. | 1 | 322.03(6) | | | 90000092 | N | AN62UBE |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the 06 day of MARCH, 2026, at 14:22 at NW 1ST PL & NW 21ST ST. MIAMI, FL, 33127

ON TODAYS DATE, AT NW 1 PLACE & NW 21ST STREET, I CONDUCTED A RECORDS CHECK FOR A DIPLOMATIC-TYPE TAG WITH THE NUMBER 4408630. BASED ON MY EXPERIENCE, THE TAG ALSO DID NOT SEEM LEGITIMATE; IT HAD THE WORDS "AMBASSADOR AT LARGE WRITTEN AT THE TOP. THE RECORDS CHECK RETURNED NO INFORMATION ON THE TAG. ADDITIONAL CHECKS REVEALED THAT THE SAID TAG IS NOT AN AUTHENTIC DIPLOMATIC-ISSUED TAG AND IT'S NOT REGISTERED IN ANY STATE.

I CONDUCTED THE TRAFFIC STOP A SHORT TIME LATER AND MADE CONTACT WITH THE DEFENDANT, WHO WAS THE DRIVER OF THE VEHICLE, TO PRODUCE A DRIVERS LICENSE, REGISTRATION, AND INSURANCE. THE DEFENDANT... [Continued on Next Page]

HOLD FOR OTHER AGENCY VERIFIED BY

[ ] HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing).

[ ] I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant for my arrest shall be issued. Furthermore, I agree that notice concerning the time, date and place of all court hearings should be sent to the above address. I agree that it is my responsibility to notify Clerk of the Court [illegible] any changes.

[ ] [illegible]

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

(signature) 45378

MARTINEZ RAMOS, J: Court ID: 001-45378 MPD

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 06 DAY OF MARCH, 2026

(signature)

PEREZ, E: Court ID: 001-05607 MPD

A TRUE COPY
CERTIFICATION ON LAST PAGE
JUAN FERNANDEZ-BARQUIN, ESQ.
CLERK OF THE COURT AND COMPTROLLER

COMPLAINT/ARREST AFFIDAVIT - COURT COPY

1100867263

# COMPLAINT/ARREST AFFIDAVIT CONTINUATION

COMPLAINT/ARREST AFFIDAVIT CONT.

| | |
|---|---|
| OBTS NUMBER | POLICE CASE NO. 2603060013619 |
| JAIL NO. 260128419 | COURT CASE NO. |

SPECIAL OPERATION: ☐ FELONY ☐ WARRANT ☐ MISD ☒ TRAFFIC ☐ JUV ☐ DV FUGITIVE WARRANT: ☐ MOVES ☐ In State ☐ CIV INF ☐ Out State | JAIL NO. 260128419 | PMHD NO | COURT CASE NO.

DEFENDANT'S NAME (LAST, FIRST, MIDDLE): MCMANAMON, KATHLEEN | DOB (MM/DD/YYYY): 11/11/1970

CO-DEFENDANT NAME: [redacted] | DOB | ☐ IN CUSTODY ☐ AT LARGE | ☐ FELONY ☐ DV | ☐ JUVENILE ☐ MISDEMEANOR

CO-DEFENDANT NAME: | DOB | ☐ IN CUSTODY ☐ AT LARGE | ☐ FELONY ☐ DV | ☐ JUVENILE ☐ MISDEMEANOR

| CHARGES | CHARGE AS: | CNTS | FL STATUTE NUMBER | VIOL OF SECT. | CODE OF | UCR | DV | WARRANT TYPE OR TRAFFIC CITATION |
|---|---|---|---|---|---|---|---|---|
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |

PROVIDED A US PASSPORT CARD AND AN INTERNATIONAL LICENSE, CLAIMING IT WAS A COSTA RICAN INTERNATIONAL LICENSE. WHEN ASKED ABOUT THE TAG, THE DEFENDANT STATED THAT HER HUSBAND WAS A DIPLOMAT (A STATEMENT THAT SHE LATER RECANTED)AND THAT THE CAR WAS REGISTERED WITH THE DEPARTMENT OF TRANSPORTATION. WHEN ASKED ABOUT DOCUMENTATION TO SUPPORT HER CLAIMS, SHE SAID SHE HAD IT AND THAT I SHOULD CHECK MY RECORDS. SHORTLY THEREAFTER, IT WAS DETERMINED THAT NEITHER THE DEFENDANT NOR HER HUSBAND HAS ANY DIPLOMATIC STATUS WITH THE STATE DEPARTMENT. A RECORDS CHECK OF HER INFORMATION REVEALED THAT SHE, IN FACT, HAS AN EXPIRED FLORIDA DRIVERS LICENSE SINCE 11/11/2024 AND A SUSPENSION ON THAT LICENSE DATING BACK TO 2020. THE FRAUDULENT TAG WAS IMPOUNDED INTO PROPERTY AS EVIDENCE. HER HUSBAND ARRIVED AT THE SCENE WITH THE CORRECT TAG ASSIGNED TO THE VEHICLE. THE TAG WAS ATTACHED TO THE VEHICLE AT THE SCENE, AND THE HUSBAND DROVE AWAY WITH THE CAR. THE DEFENDANT WAS ARRESTED AND TRANSPORTED TO TGK.

SAO PRE-FILE CONFERENCE INFORMATION
DATE:
TIME:
CONTACT:
NOTES:

OFFICERS USING BODY-WORN CAMERA:
BRADSHAW, M: Court ID: 001-46905
MARTINEZ RAMOS, J: Court ID: 001-45378
ZARATE, B: Court ID: 001-46847
MERCED, O: Court ID: 001-04725
PERALES, C: Court ID: 001-43681
CARBALLO, A: Court ID: 001-45407

HOLD FOR OTHER AGENCY VERIFIED BY

☐ HOLD FOR BOND HEARING. DO NOT BOND OUT (Officer Must Appear at Bond Hearing).

☐ I Understand that should I willfully fail to appear before the court as required by this notice to appear that I may be held in contempt of court and a warrant

I SWEAR THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

[signature] 45378

MARTINEZ RAMOS, J: Court ID: 001-45378

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS 06 DAY OF MARCH, 2026

[signature]

PEREZ, E: Court ID: 001-05607

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the original on file in this office March 13 AD 20 26
Juan Fernandez-Barquin, Esq.
Clerk of the Court and Comptroller
Deputy Clerk [signature]
35003658

JUAN FERNANDEZ-BARQUIN ... IN GOD WE TRUST

allegheny
CASUALTY COMPANY
PO Box 5600, Thousand Oaks, CA 91359
800.935.2245 info@aiasurety.com

FOR FURTHER ACTION ON THIS BOND NOTIFY:
CORAL GABLES BAIL BONDS
225 ARAGON AVE
CORAL GABLES, FL, 33134
305.445-0201
*Transfer agent*

2026 MAR -9 AM 11:24 FILED FOR RECORD CIRCUIT CRIMINAL

# General Surety Appearance Bond

Power Number **AS1K-699667**
Arrest / Jail # **260128419** Case # **A N 6 2 U 8 E**

STATE OF FLORIDA
VS:
**MCMANAMON, KATHLEEN**

IN THE COUNTY COURT
MIAMI-DADE COUNTY

KNOW ALL MEN BY THESE PRESENTS: That we, the above captioned defendant as Principal, and Allegheny Casualty Company, a New Jersey corporation, as Surety are held and firmly bound unto the State of Florida and its successors, to the penal sum of ($) **150**** for the payment whereof well and truly to be made we bind ourselves, our heirs, representatives, successors, and assigns firmly by these presents.

The condition of this obligation is such that if said Principal shall appear on TBS the next Regular or Special term of the above court and shall submit to the said Court to answer a charge of: **DWLS/KNOWINGLY**
for case number **A N 6 2 U 8 E** and shall submit to orders and process of said court and not depart the same without leave, then this obligation to be void, else to remain in full force and virtue.

Signed, sealed and delivered this 6 day of MARCH A.D. 2026

TAKEN BEFORE ME AND APPROVED BY ME:

without recourse, K. McManamon (L.S.)
(Principal)

________________, Clerk / Sheriff

Sherea Green
MDCR DIRECTOR
By [signature]

Allegheny Casualty Company
By [signature]
(Attorney in fact) (SURETY)
Agent / License Number #9777 / P208124
Agent Name J. POJE #9777

ALLEGHENY CASUALTY COMPANY CORPORATE SEAL 1936 NEW JERSEY

This bond not valid for deferred sentence, fines, pre-sentence investigation, pre-trial intervention programs or appeals

## STATEMENT OF BONDSMAN

I, the undersigned, am a duly licensed bail bond agent pursuant to Chapter 648, F.S., and have registered for the current year with the office of the Sheriff and Clerk of Court of the aforementioned county, and have filed a certified copy of my appointment by Power of Attorney for the Surety with the office of the Sheriff and Clerk of the Court of the aforementioned County. That said Principal of ________ (Address) has (given or promised to give) the sum of ($) **150**** as consideration for Bail Bond Number **AS1K-699667** filed with the Clerk of the above captioned court located in said county together with the (promise or receipt) of security belonging to KATHLEEN MCMANAMON (Indemnitor(s)) as follows: PROMISSORY NOTE & BAIL BOND AGREEMENT (provide detailed description and source of security) (if none, so state).

That a duly signed receipt has been given to the said Principal for the consideration given and/or that the said indemnitor has (also been) given a receipt for the security described above.

(Bondsman) [signature] J. POJE #9777 (Agency) CORAL GABLES BAIL BONDS

VERIFY FIRST - THIS DOCUMENT IS PRINTED IN BLUE & BLACK INKS.

260128419

Only the original Power of Attorney will bind the surety.

# POWER OF ATTORNEY

**Allegheny Casualty Company**

PO Box 5600, Thousand Oaks, CA 91359

POWER NUMBER AS1K-699667

THIS POWER VOID IF NOT USED BY: December 31, 2026 POWER AMOUNT $ 1,100

KNOW ALL MEN BY THESE PRESENTS, that Allegheny Casualty Company, a surety corporation duly organized and existing under the laws of the State of New Jersey [illegible] authority to sign the company's name and affix its corporate seal to, and deliver on its behalf as surety, any and all obligations as herein provided, and the execution of such obligations in pursuance of these presents shall be as binding upon the company [illegible] officers of said company at its home office in their own proper person; and the said company hereby ratifies and confirms all and whatsoever the said Attorney-in-Fact may lawfully do and perform in the premises by virtue of these presents.

THIS POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED. THE OBLIGATION OF THE COMPANY SHALL NOT EXCEED THE SUM OF

ONE THOUSAND ONE HUNDRED DOLLARS******************************

AND SHALL ONLY BE EXECUTED FOR STATE COURT BAIL BONDS.

Authority of such Attorney-in-Fact is limited to the execution of appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearances. A separate Power of Attorney must be attached to each bond executed. Powers of Attorney must not be returned to Attorney-in-Fact, but should remain a permanent part of the court records.

Bond Amt $ 150 — Date Executed 3/6/26

Defendant MCMANAMON, KATHLEEN DOB

Case # AN62U8E Appearance Date

Offense DWLS/KNOWINGLY

Court County DADE Total Premium Charged 100

Court City MIAMI Court State FL Div/Dept. COUNTY

If rewrite, give orig. power # ☐ Increase ☒ Decrease

Executing Agent [signature] 9777
Signature License Number

NOT VALID FOR IMMIGRATION OR FEDERAL BONDS ORIGINAL

*NOTICE: Stacking of Powers is strictly prohibited. No more than one power from this surety may be used to post any one bail amount.*

IN WITNESS WHEREOF, said **Allegheny Casualty Company**, by virtue of authority conferred by its Board of Directors, has caused these presents to be sealed with its corporate seal, signed by its Executive Vice Presidents, this 10th day of January 2024.

[signature]
Executive Vice President

[signature]
Executive Vice President

ALLEGHENY CASUALTY COMPANY CORPORATE SEAL 1936 NEW JERSEY

1204602846

# EXHIBIT B

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA www.miamidadeclerk.gov

TRAFFIC DIVISION

# STATE NOLLE PROSSE

**THE STATE OF FLORIDA VS.**

KATHLEEN A MCMANAMON

Defendant

Driver's License Number M255501709110 State FL Case Number AN62U8E

Defendant's Address: [redacted] MIAMI, FL 33135

Date of Birth: [redacted]1970

Municipality: MIAMI Telephone Number: ______

Pursuant to the authority vested in me by the State of Florida as Assistant State Attorney in the County of Miami-Dade, I hereby Nolle Prosse the offense of DWLS "KNOWING OF VIOLATION" for the above defendant.

Done at Miami-Dade County, Florida this 10 day of April, 2026 .

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY

Assistant State Attorney Bar Number ______

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA www.miamidadeclerk.gov

TRAFFIC DIVISION

# STATE NOLLE PROSSE

**THE STATE OF FLORIDA VS.**

KATHLEEN A MCMANAMON

Defendant

Driver's License Number M255501709110 State FL Case Number AN62UBE

Defendant's Address: [redacted] MIAMI, FL 33135

Date of Birth: [redacted]1970

Municipality: MIAMI Telephone Number: ____________

Pursuant to the authority vested in me by the State of Florida as Assistant State Attorney in the County of Miami-Dade, I hereby Nolle Prosse the offense of DR LICENSE EXPIRED MORE THAN 6 MOS for the above defendant.

Done at Miami-Dade County, Florida this 10 day of April , 2026 .

KATHERINE FERNANDEZ RUNDLE
STATE ATTORNEY

Assistant State Attorney Bar Number ____________

request_id#:243675017:Audit#:837947476:UCN#:132025CA02261301GE01: