**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 26-23072-CV-MFE**

**KATHLEEN M. MCMANAMON**,

     *Plaintiff*,

v.

**OFFICER BRADSHAW,** *et al.*,

     *Defendants*.

_____/

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Bryan E. Capdevila is admitted to practice in this Court and hereby appears as counsel of record for Defendants "**Officer Carballo, A.**," "**Officer Perales, C.**," "**Officer Merced, O.**," "**Officer Martinez Ramos, J.**," "**Officer Bradshaw, M.**," and "**Officer Zarate, B.** All parties are requested to direct all correspondence, pleadings, and orders in this matter to the e-mail addresses listed below. Accordingly, and consistent with the purposes of Local Rule 11.1, Bryan E. Capdevila designates his primary and secondary e-mail addresses for service purposes, as follows:

     **Primary Email: bcapdevila@miamigov.com**
     **Secondary Email:  smfernandez@miamigov.com**

**[THIS SPACE LEFT INTENTIONALLY BLANK]**

Respectfully submitted,

GEORGE K. WYSONG, III, City Attorney
BRYAN E. CAPDEVILA, Assistant City Attorney
*Attorneys for Defendants Bradshaw, Carballo, Martinez Ramos, Merced, & Zarate*
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email: bcapdevila@miamigov.com
Secondary Email:  smfernandez@miamigov.com

By:   */s/ Bryan E. Capdevila*
       Bryan E. Capdevila
       Assistant City Attorney
       Florida Bar No. 119286

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Bryan E. Capdevila*
       Bryan E. Capdevila
       Assistant City Attorney
       Florida Bar No. 119286

2