**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 26-23072-CV-MFE**

**KATHLEEN M. MCMANAMON**,

 *Plaintiff*,

v.

**OFFICER BRADSHAW, *et al.***,

 *Defendants*.

_____/

**NOTICE OF APPEARANCE**

 **PLEASE TAKE NOTICE** that Bryan E. Capdevila is admitted to practice in this Court and hereby appears as counsel of record for Defendant **Miami Police Department** All parties are requested to direct all correspondence, pleadings, and orders in this matter to the e-mail addresses listed below. Accordingly, and consistent with the purposes of Local Rule 11.1, Bryan E. Capdevila designates his primary and secondary e-mail addresses for service purposes, as follows:

 **Primary Email: bcapdevila@miamigov.com**
 **Secondary Email:  smfernandez@miamigov.com**

       Respectfully submitted,

       GEORGE K. WYSONG, III, City Attorney
       BRYAN E. CAPDEVILA, Assistant City Attorney
       *Attorneys for Defendants Bradshaw, Carballo,*
       *Martinez Ramos, Merced, & Zarate*
       444 S.W. 2nd Avenue, Suite 945
       Miami, FL  33130-1910
       Tel.: (305) 416-1800
       Fax: (305) 400-5071
       Email: bcapdevila@miamigov.com
       Secondary Email:  smfernandez@miamigov.com

    By: */s/ Bryan E. Capdevila*
      Bryan E. Capdevila
      Florida Bar No. 119286

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of May, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  */s/ Bryan E. Capdevila*
Bryan E. Capdevila
Assistant City Attorney
Florida Bar No. 119286