IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-23072-MFE

KATHLEEN MCMANAMON,
Plaintiff,

v.

OFFICER CARBALLO, A., et al.,
Defendants.
_______________________________________/

FILED BY AM D.C.
OCT 27 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**PLAINTIFF'S NOTICE OF DEFENDANTS' FAILURE TO APPEAR AT SCHEDULED STATUS CONFERENCE AND FAILURE TO FILE CERTIFICATE OF INTERESTED PARTIES; REQUEST FOR ORDER TO SHOW CAUSE**

Plaintiff Kathleen McManamon, pro se, respectfully files this Notice to advise the Court that the status conference scheduled for October 26, 2026, at 11:00 a.m. via Zoom proceeded without the appearance of Defendants or defense counsel.

Plaintiff further advises that Defendants have not filed the required Certificate of Interested Parties.

Pursuant to Federal Rule of Civil Procedure 16(f), the Court may issue any just orders if a party or its attorney fails to appear at a scheduling or other pretrial conference, is substantially unprepared to participate, or fails to obey a scheduling or other pretrial order. Plaintiff also notes that Federal Rule of Civil Procedure 11 imposes obligations regarding filings and representations made to the Court, and that compliance with the Court's orders and Local Rules is required.

Because Defendants and their counsel failed to appear at the scheduled conference and have not filed the Certificate of Interested Parties, Plaintiff respectfully requests that the Court:

1. direct Defendants and their counsel to show cause in writing why sanctions should not be imposed for failure to appear;
2. direct Defendants to file the required Certificate of Interested Parties by a date certain;
3. reschedule the status conference if the Court deems appropriate; and
4. grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Kathleen McManamon, Plaintiff
PO Box 450033
Miami, FL 33245
Phone: 917-415-0171
Email: kattissima11@gmail.com

K. McM

Kathleen McManamon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2026, I served the foregoing document by [CM/ECF / email] on all counsel of record and parties.

K. Mc

Kathleen McManamon, Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:26-cv-23072-MFE

KATHLEEN MCMANAMON,
Plaintiff,

v.

OFFICER CARBALLO, A., et al.,
Defendants.
_______________________________________/

**PROPOSED ORDER TO SHOW CAUSE**

THIS MATTER came before the Court on Plaintiff's Notice of Defendants' Failure to Appear at Scheduled Status Conference and Failure to File Certificate of Interested Parties.

Having reviewed the Notice, it is hereby ORDERED AND ADJUDGED:

1. Defendants and defense counsel shall show cause in writing, on or before _____________________, why sanctions should not be imposed for failure to appear at the scheduled status conference on October 26, 2026.

2. Defendants shall file the required Certificate of Interested Parties on or before _____________________.

3. If necessary, the status conference is hereby RESCHEDULED to _____________________ at _____________________.

4. Failure to comply with this Order may result in sanctions or other appropriate relief.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of ____________, 2026.

____________________________________
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2026, I served the foregoing document by [CM/ECF / email] on all counsel of record and parties.

Kathleen McManamon, Plaintiff