**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23072-MFE**

**KATHLEEN MCMANNAMON**,

Plaintiff,

v.

**OFFICER BRADSHAW, *et al.***,

Defendant.
________________________________________/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

The Defendants, by and through undersigned counsel, submit the following list, in alphabetical order, of persons, associated persons, firms, partnerships, entities, or corporations with any known financial interest in the outcome of this case:

a) Bradshaw, M., Defendant;

b) Capdevila, Bryan, Counsel for Defendants;

c) Carballo, A., Defendant;

d) City of Miami, Defendant;

e) Martinez Ramos, J., Defendant;

f) McMannamon, Kathleen, Plaintiff;

g) Merced, O., Defendant;

h) "Miami Police Department," Defendant;

i) Perales, Defendant;

j) Wysong III, George, in his official capacity, as the City Attorney for the City of Miami and department head for the Office of the City Attorney;

k) Zarate, B., Defendant.

## CORPORATE DISCLOSURE STATEMENT

None, not applicable.

Respectfully submitted,

GEORGE K. WYSONG, III, City Attorney
BRYAN E. CAPDEVILA, Assistant City Attorney
*Counsel for the Defendants*
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email: bcapdevila@miamigov.com
Secondary Email: smfernandez@miamigov.com

By: */s/ Bryan E. Capdevila*
Bryan E. Capdevila
Assistant City Attorney
Florida Bar No. 119286

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 4th day of November 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Bryan E. Capdevila*
Bryan E. Capdevila
Assistant City Attorney
Florida Bar No. 119286